

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-12-00219-CV**

GARDEN RIDGE, L.P.                                    APPELLANT

V.

DENISE COTTON                                         APPELLEE

-----------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Joint Motion To Reinstate Appeal And Render Judgment." Because the parties have settled all matters in the appeal, it is the court's opinion that the motion should be granted. In accordance with the parties' agreement, we reverse the trial court's judgment and render judgment that appellee take nothing. *See* Tex. R. App. P. 42.1(a)(2)(A); 43.2(c).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  July 5, 2012